# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

CARLOS WILLIAMS,            )
                               )
      Plaintiff,              )
                               )
vs.                            )     No. 3:22-cv-00129-DCLC-DCP
                               )
CITY OF OAK RIDGE, TENNESSEE;  )
TRAE SWEETEN; and CHARLES    )
FAIRCLOTH in their Individual and   )
Official Capacities,             )
                               )
      Defendants.           )

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, *City of Oak Ridge, Tennessee, Trae Sweeten, and Charles Faircloth*, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties will bear their own attorney's fees and costs.

<table>
<tr>
<td>

/s/Jeffrey H. Glaspie
Jeffrey H. Glaspie (BPR No. 033311)
Marcos M. Garza (BRP No. 021483)
Timothy L. Baldridge (BPR No. 015777)
GARZA LAW FIRM, PLLC
550 W. Main Street, Suite 340
Knoxville, Tennessee 37902
Telephone: 865-540-8300
Facsimile: 865-474-9397
jeff@garzalaw.com

Dated: September 29, 2022

</td>
<td>

/s/Dan R. Pilkington
Dan R. Pilkington (BPR No. 024660)
WATSON, ROACH, BATSON, &
LAUDERBACK, P.L.L.C.
900 South Gay Street, Suite 1500
Knoxville, Tennessee 37902
Telephone: 865-637-1700
Facsimile: 865-525-2514
dpilkington@watsonroach.com

Dated: September 29, 2022

</td>
</tr>
</table>

/s/Richard Lane Moore_____
Richard Lane Moore (BPR No. 018815)
MOORE, RADER, FITZPATRICK,&
YORK, P.C.
46 North Jefferson Ave.
Cookeville, Tennessee 38501
Telephone: 931-526-3311
Facsimile: 931-526-3092
lane@moorerader.com

Dated: September 29, 2022


PURSUANT TO STIPULATION, IT IS SO ORDERED.



Date:  _____        _____
                                            Honorable Katherine Crytzer
                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dan R. Pilkington (BPR No. 024660)
WATSON, ROACH, BATSON, &
LAUDERBACK, P.L.L.C.
900 South Gay Street, Suite 1500
Knoxville, Tennessee 37902
dpilkington@watsonroach.com


Richard Lane Moore (BPR No. 018815)
MOORE, RADER, FITZPATRICK,&
YORK, P.C.
46 North Jefferson Ave.
Cookeville, Tennessee 38501
lane@moorerader.com

s/Jeffrey H. Glaspie
Jeffrey H. Glaspie (BPR No. 033311)